BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TINA MARIE JANNICELLI, </br></br> Plaintiff, </br></br> v. </br></br> CAROLYN W. COLVIN, </br> Acting Commissioner of Social Security, </br></br> Defendant. | Case No. 2:12-cv-01678-CKD </br></br> STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) and [~~PROPOSED~~] ORDER |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND THREE HUNDRED AND TWENTY FIVE DOLLARS ($6,325.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

-1-

2:12-cv-01678-CKD; EAJA Fee Stipulation

1    After the Court issues an order for EAJA fees to Plaintiff, the government will consider
2 the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v.</u>
3 <u>Ratliff</u>, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor the assignment will depend on
4 whether the fees are subject to any offset allowed under the United States Department of the
5 Treasury's Offset Program.  After the order for EAJA fees is entered, the government will
6 determine whether they are subject to any offset.

7    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
8 that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, to
9 be made directly to ANN  M. CERNEY pursuant to the assignment executed by Plaintiff.  Any
10 payments made shall be delivered to ANN M. CERNEY.

11    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
12 attorney fees and does not constitute an admission of liability on the part of Defendant under the
13 EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any
14 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
15 connection with this action.

16    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
17 Act attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

18

19 DATE:  July 30 , 2013

20                              By: <u>*s/ Ann M.Cerney*</u>
21                              ANN M. CERNEY
                                 Attorney for Plaintiff
22                              (*by email authorization 7/XX/2013)

23 Date:  July 30, 2013         BENJAMIN B.WAGNER
24                              United States Attorney

25
                                 By: <u>*Cynthia B. De Nardi*</u>
26                              CYNTHIA B. DE NARDI
27                              Special Assistant United States Attorney
                                 Attorneys for Defendant
28

-2-

2:12-cv-01678-CKD; EAJA Fee Stipulation

1   IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND
2  THREE HUNDRED TWENTY FIVE DOLLARS ($6,325.00) subject to the terms of the
3  Stipulation.
4  Dated:  August 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE